IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **10-cr-602-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    JOE WALLACE PEEPLES, III,**

       Defendant.

---

## MINUTE ORDER

Judge John L. Kane **ORDERS**

A Status Conference/Trial Setting is set for **March 21, 2012 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: March 13, 2012